DOMINICK A. D'ONOFRIO, PLAINTIFF-APPELLANT, v. PHYLLIS D'ONOFRIO, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued October 6, 1976—Decided October 14, 1976.

Before Judges LORA, CRANE and MICHELS.

*Mr. LeRoy D. Safro* argued the cause for appellant.

*Mr. George D. Rosenthal* argued the cause for respondent (*Messrs. Rosenthal and Rubinowitz,* attorneys; *Mr. Jerome L. Rubinowitz* on the brief).

PER CURIAM. We affirm substantially for the reasons expressed in the written opinion of Judge Pressler, 144 *N. J. Super.* 200 (Ch. Div. 1976).